**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| JOANN WILLIAMS-SHORTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TEACHERS AND EMPLOYEES | ) |
| ASSOCIATION OF THE UNIVERSITY OF | ) |
| KANSAS, | ) Case No. 2:23-cv-02035-HLT-GEB |
| | ) |
| and | ) |
| | ) |
| RELIANCE STANDARD LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| and | ) |
| | ) |
| ROBERT E. MILLER INSURANCE | ) |
| AGENCY, INC. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ROBERT E. MILLER INSURANCE AGENCY, INC. ONLY**

Plaintiff, Joann Williams-Shorter, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and with the consent of Defendant Robert E. Miller Agency, Inc., hereby dismisses her Complaint against Defendant Robert E. Miller Insurance Agency, Inc. *only*, without prejudice, with each party to bear its own costs and fees.

        **LAW OFFICE OF TALIA RAVIS, P.A**.

        Respectfully Submitted,

        /s/Talia Ravis
        Talia Ravis
        KS Bar #22212

                                  Law Office of Talia Ravis, P.A.
                                  9229 Ward Parkway, Suite 370
                                  Kansas City, Missouri 64114
                                  816-333-8955
                                  800-694-3016 (fax)
                                  talia@erisakc.com
                                  Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Michelle M. Watson
Corey M. Adams
Gibson, Watson, Marino LLC
301 N. Main Street, Suite 27253
Wichita, KS 67202
michelle@gwmks.com
corey@gwmks.com
*Attorneys for Robert E. Miller Insurance Agency, Inc.*

Richard N. Bien
Carrie Josserand
2345 Grand Blvd., Suite 2800
Kansas City, MO 64108-2684
richard.bien@lathropgpm.com
carrie.josserand@lathropgpm.com
*Attorneys for Defendant Reliance Standard Life Insurance Co.*

                                  s/Talia Ravis
                                  *Attorney for Plaintiff*