# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**JOANN WILLIAMS-SHORTER,**

**PLAINTIFF**

**vs.**  **CASE NO. 23-cv-2035-HLT**

**TEACHERS AND EMPLOYEES ASSOCIATION OF THE UNIVERSITY OF KANSAS,**

**RELIANCE STANDARD LIFE INSURNACE COMPANY, and**

**ROBERT E. MILLER INSURANCE AGENCY, INC.,**

 **DEFENDANTS.**

## CLERK'S ORDER FOR ADDITIONAL TIME TO PLEAD

NOW, pursuant to Local Rule 77.2(a)(2) of the United States District Court for the District of Kansas, and upon application, Mr. James L. Long, by and through counsel, Thomas H. Johnson, of Petefish, Immel, Hird, Johnson, & Leibold, L.L.P., moves the Clerk of the Court for an order extending Mr. Long's time to answer or otherwise respond by 14 days, until Tuesday, May 30, 2023, pursuant to local D. Kan.

Rule 77.2(a)(2).  In support of his request for the 14-day extension, Mr. Long states the following:

1. Plaintiff served Mr. Long of Karlin & Long, LLC, an accounting firm, on April 25, 2023, as the Plan Administrator for Teachers and Employees Association of the University of Kansas. Mr. Long is not the Plan Administrator for the Teachers and Employees Association of the University of Kansas. Mr. Long has written Plaintiff's attorney indicating that he is not the Plan Administrator.

2. Although served as the "Plan Administrator," Plaintiff does not name Mr. Long or "The Plan Administrator" as party defendants in the Complaint. Plaintiff names three defendants: Teachers and Employees Association of the University of Kansas ("The Life Plan"), Reliance Standard Life Insurance Company ("Reliance") and Robert E. Miller Insurance Agency, Inc. ("Miller Agency"). Doc. 1 at 1.

3. Plaintiff served Mr. Long as "Plan Administrator" by mistake based on a Form 5500 that erroneously listed Mr. Long as "Plan Administrator" in 2016. Mr. Long is hopeful he can get this straightened out and dismissed from the case before having to respond and needs an additional 14 days.

4. Mr. Long is required to answer or otherwise respond to Plaintiff's Complaint on May 16, 2023.

5. The time for Mr. Long's response has not yet expired and this request is timely.

For the above reasons, Mr. Long requests an order from the Clerk granting him an additional 14 days to answer or otherwise respond to Plaintiff's Complaint.

IT IS THEREFORE ORDERED that Mr. James L. Long is hereby granted an extension of time within which to answer or otherwise respond to Plaintiff's Complaint, through May 30, 2023.

By: <u>s/ J. Kendall, Deputy Clerk</u>

Respectfully submitted,

/s/ Thomas H. Johnson
Thomas H. Johnson #13688
Petefish, Immel, Hird,
Johnson & Leibold, LLP
842 Louisiana
Lawrence, Kansas 66044
Phone: (785) 843-0450
Fax:    (785) 843-0407
tjohnson@petefishlaw.com