UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
CENTRAL DIVISION

| | |
|---|---|
| JOANN WILLIAMS-SHORTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 23-2035-HLT-GEB |
| | ) |
| TEACHERS AND EMPLOYEES | ) |
| ASSOCIATION OF THE UNIVERSITY | ) |
| OF KANSAS, and | ) |
| | ) |
| RELIANCE STANDARD LIFE | ) |
| INSURANCE COMPANY, and | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

Upon consideration of James Long's Motion to Withdraw Answer and Affirmative Defenses With Consent, the Court being fully advised hereby **GRANTS** said Motion and **ORDERS** that James Long's Answer and Affirmative Defenses to Williams-Shorter's Complaint [ECF No. 18] is hereby withdrawn, and further confirms that James Long is not a party to this case.

IT IS SO ORDERED.

Dated November 15, 2023

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
U.S. Magistrate Judge