UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOANN WILLIAMS-SHORTER, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-2035-HLT-GEB |
| ) | |
| TEACHERS AND EMPLOYEES ) | |
| ASSOCIATION OF THE UNIVERSITY OF ) | |
| KANSAS, ) | |
| ) | |
|    and ) | |
| ) | |
| RELIANCE STANDARD LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
|    Defendants. ) | |

## DESIGNATION OF MEDIATOR

The parties jointly designate mediator Frank Neuner to mediate this case. The mediation will be held on Tuesday, January 30, 2024, beginning at 9:00 AM, via Zoom.

DATED: November 17, 2023

Respectfully Submitted,

LAW OFFICE OF TALIA RAVIS, PA         FAGAN & EMERT, LLC

/s/Talia Ravis                                  /s/Mark T. Emert
Talia Ravis                                         Mark T. Emert     #22186
KS Bar #22212                            Jennifer R. Johnson   #22096
Law Office of Talia Ravis, P.A.          Fagan & Emert, LLC
9229 Ward Parkway, Suite 370        800 New Hampshire St. Suite 110
Kansas City, Missouri 64114           Lawrence, KS 66044
816-333-8955                              785-331-0300
800-694-3016 (fax)                    785-331-0303 (fax)
talia@erisakc.com                     jjohnson@faganmert.com
                                        memert@faganmert.com

Attorney for Plaintiff

                                        LITCHFIELD CAVO, LLP

2

/s/ Michael Kopit
Michael Kopit # 25488
10401 Holmes Road, Suite 220
Kansas City, MO 64131
(816) 648-1400
(816) 648-1401 Fax
kopit@litchfieldcavo.com

Attorneys For Teachers And Employees Association Of The University Of Kansas

LATHROP GPM

s/Richard N. Bien
Richard N. Bien
Carrie Josserand
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri 64108-2684
Telephone: (816) 292-2000
Telecopier: (816) 292-2001
richard.bien@lathropgpm.com
carrie.josserand@lathropgpm.com

Attorneys for Defendant Reliance Standard Life Insurance Company

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Richard N. Bien
Carrie E. Josserand
Lathrop GPM, LLP – Kansas City
2345 Grand Boulevard
Kansas City, MO 64108-2618
Richard.bien@lathropgpm.com
Carrie.josserand@lathropgpm.com
ATTORNEYS FOR RELIANCE STANDARD
LIFE INSURANCE COMPANY

Mark T. Emert
Jennifer R. Johnson
Fagan & Emert, LLC
800 New Hampshire, Suite 110
Lawrence, KS 66044
memert@faganemert.com
jjohnson@faganemert.com

Michael Kopit
10401 Holmes Road, Suite 220
Kansas City, MO 64131
(816) 648-1400
(816) 648-1401 Fax
kopit@litchfieldcavo.com
ATTORNEYS FOR TEACHERS AND
EMPLOYEES ASSOCIATION OF THE
UNIVERSITY OF KANSAS

                                              s/Talia Ravis
                                              *Attorney for Plaintiff*