**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JOANN WILLIAMS-SHORTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TEACHERS AND EMPLOYEES | ) |
| ASSOCIATION OF THE UNIVERSITY OF | ) |
| KANSAS, | ) Case No. 2:23-cv-2035-HLT-GEB |
| | ) |
| and | ) |
| | ) |
| RELIANCE STANDARD LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff JoAnn Williams-Shorter, and Defendants Teachers and

Employees Association of the University of Kansas, and Reliance Standard Life Insurance

Company, by and through counsel, hereby notify the court that a settlement has been reached

among all parties.  The parties respectfully requests thirty (30) days to finalize the settlement

agreement and to file all necessary documents with the Court.

DATED: February 5, 2024

Respectfully Submitted,

**LAW OFFICE OF TALIA RAVIS, PA**

/s/Talia Ravis
Talia Ravis
KS Bar #22212
Law Office of Talia Ravis, P.A.
9229 Ward Parkway, Suite 370
Kansas City, Missouri 64114

**FAGAN & EMERT, LLC**

/s/Mark T. Emert
Mark T. Emert          #22186
Jennifer R. Johnson    #22096
Fagan & Emert, LLC
800 New Hampshire St. Suite 110
Lawrence, KS 66044

816-333-8955
800-694-3016 (fax)
talia@erisakc.com

Attorney for Plaintiff

785-331-0300
785-331-0303 (fax)
jjohnson@faganmert.com
memert@faganmert.com

**LITCHFIELD CAVO, LLP**

/s/ Michael Kopit
Michael Kopit # 25488
Blaine P. Smith # 28997
10401 Holmes Road, Suite 220
Kansas City, MO 64131
(816) 648-1400
(816) 648-1401 Fax
kopit@litchfieldcavo.com
smithb@litchfieldcavo.com
Attorneys For Teachers And
Employees Association Of The
University Of Kansas

**LATHROP GPM**

s/Richard N. Bien
Richard N. Bien
Carrie Josserand
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri 64108-2684
Telephone: (816) 292-2000
Telecopier: (816) 292-2001
richard.bien@lathropgpm.com
carrie.josserand@lathropgpm.com

Attorneys for Defendant Reliance
Standard Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Richard N. Bien
Carrie E. Josserand
Lathrop GPM, LLP – Kansas City
2345 Grand Boulevard
Kansas City, MO 64108-2618
Richard.bien@lathropgpm.com
Carrie.josserand@lathropgpm.com
ATTORNEYS FOR RELIANCE STANDARD
LIFE INSURANCE COMPANY

Mark T. Emert
Jennifer R. Johnson
Fagan & Emert, LLC
800 New Hampshire, Suite 110
Lawrence, KS 66044
memert@faganemert.com
jjohnson@faganemert.com

Michael Kopit
Blaine P. Smith
10401 Holmes Road, Suite 220
Kansas City, MO 64131
kopit@litchfieldcavo.com
smithb@litchfieldcavo.com
ATTORNEYS FOR TEACHERS AND
EMPLOYEES ASSOCIATION OF THE
UNIVERSITY OF KANSAS

s/Talia Ravis
*Attorney for Plaintiff*